THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIS SIDERS, Appellant.

The defendant failed to properly preserve for appellate review his claims of prosecutorial misconduct as he did not raise objections or request further curative instructions during trial (see, People v Medina, 53 NY2d 951; People v Jalah, 107 AD2d 762).

We have considered the defendant's remaining contentions and find them to be either unpreserved for appellate review or without merit. Mangano, J. P., Thompson, Sullivan and Harwood, JJ., concur.